BRENDAN CONROY Bar No. 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
Telephone: 415-565-9600

Attorney for HUDSON REZENDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 01-00692-VRW-1 |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| HUDSON REZENDE, | |
| Defendant. | |

The parties hereby stipulate that the arraignment in this matter, currently set for September 30, 2010 at 9:30 a.m., may be continued to October 6, 2010 at 9:30 a.m.

The reason for the continuance is that counsel for defendant HUDSON REZENDE is currently in trial in San Francisco Superior Court in *People v. Michael Weible*.

The Court should find that the time from September 30, 2010 to October 6, 2010 is excluded from Speedy Trial Act computation on the grounds that the ends of justice are best served by ensuring continuity of counsel pursuant to 18 U.S.C 3161(h)(7)(A).

1

1  Date_____

2

3

4  /s/_____
   BRENDAN CONROY
5  Attorney for Defendant

6
   /s/_____
7  KYLE F. WALDINGER
   Assistant United States Attorney
8

9

10

11      GOOD CAUSE APPEARING, the arraignment in this matter is continued from September 30,
12 2010 at 9:30 a.m to October 6, 2010 at 9:30 p.m.  The Court finds that the time from September 30,
13 2010 to October 6, 2010 should be excluded from Speedy Trial Act computation on the grounds that
14 the interests of justice are best served by ensuring continuity of counsel pursuant to 18 U.S.C
15 3161(h)(7)(A).
16 Date 29 Sept 2010
17
18
19                                          UNITED STATES DISTRICT COURT
20
21
22
23
24
25
26
27
28

2