MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>HUDSON ALVES REZENDE,<br>    Defendant. | No. CR 10-0692 VRW<br><br>[~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |

     With the agreement of the parties in open court on October 6, 2010, and with the consent of the defendant Hudson Rezende ("defendant"), the Court enters this order (1) setting a hearing before the Honorable Vaughn R. Walker on November 4, 2010 at 2:00 p.m., (2) and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 6, 2010 to November 4, 2010. The Court finds and holds, as follows:

     1.    The defendant appeared before the Court on October 6, 2010 for arraignment on the Indictment. At that hearing, the parties informed the Court that the attorney for the defendant, Brendan Conroy, was unavailable for a hearing on October 7, 2010, the first available date on the calendar of the assigned district judge, the Honorable Vaughn R. Walker. Counsel also informed the Court that defense counsel had just

1  requested discovery from the United States and that the United States would be producing
2  several hundred pages of discovery.  Counsel for the defendant needs time to review the
3  discovery and to investigate the case.  Continuing the matter until November 4, 2010 will
4  give the defense an opportunity to accomplish this objective.

5        2.    The Court finds that, taking into the account the public interest in the
6  prompt disposition of criminal cases, granting the continuance until November 4, 2010 is
7  necessary for effective preparation of defense counsel and for continuity of defense
8  counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds
9  that the ends of justice served by excluding the period from October 6, 2010 to November
10 4, 2010 outweigh the best interest of the public and the defendant in a speedy trial.  Id.
11 § 3161(h)(7)(A).

12       3.    Accordingly, and with the consent of the defendant, the Court (1) sets a
13 hearing before the Honorable Vaughn R. Walker on November 4, 2010 at 2:00 p.m., and
14 (2) orders that the period from October 6, 2010 to November 4, 2010 be excluded from
15 Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and
16 (B)(iv).

18 IT IS SO ORDERED.

20 DATED: October _12_, 2010            _____
                                       JOSEPH C. SPERO
21                                     United States Magistrate Judge

[PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0692 VRW                          -2-