BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600

Attorney for Defendant
REZENDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-10-0692 VRW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| HUDSON REZENDE, | |
| Defendant. | |

    The parties hereby stipulate that the status conference in this matter, currently set for November 4, 2010 at 2:00 p.m., be continued, and that a new date for the status conference be set for December 2, 2010 at 2:00 p.m.

    The reason for the continuance is that the defense was provided with approximately 5000 pages of new discovery on October 29, 2010 and has not had time to adequately review the materials. In addition, the parties have been involved in ongoing discussions regarding a possible resolution of the case, and need additional time to conclude those discussions.

    The Court should find that the time from November 4, 2010 to December 2, 2010 is excluded from the Speedy Trial Act, on the grounds that the ends of justice will best be served by allowing the defendant time to review the new discovery and consider a possible plea agreement with his counsel, and the time needed to accomplish that is excludable under 18 U.S.C. 3161(h)(7)(A) and (h)(7)(B)(iv).

1

Date_____

.
\_\_/s/_____
BRENDAN CONROY
Attorney for Defendant


\_\_/s/_____
KYLE F. WALDINGER
Assistant United States Attorney


GOOD CAUSE APPEARING, the status conference in this matter is continued from November 4, 2010 at 2:00 p.m. to December 2, 2010 at 2:00 p.m. The Court finds that the time from November 4, 2010 until December 2, 2010, should be excluded from Speedy Trial Act computation in the interests of justice, and that such time is excludable pursuant to 18 U.S.C. 3161(h)(7)(A) and (h)(7)(B)(iv).

Date\_\_11/3/2010_____

_____
UNITED STATES DISTRICT COURT

*Judge Vaughn R Walker*