1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

5

6      450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

7      Telephone: (415) 436-6830
Facsimile: (415) 436-7234

8      E-mail: kyle.waldinger@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,              )   No.  CR 10-0692 VRW
                                          )
14         Plaintiff,                      )
                                          )   STIPULATION AND [PROPOSED] ORDER
15      v.                                )   DOCUMENTING
                                          )   EXCLUSION OF TIME
16  HUDSON ALVES REZENDE,                 )
                                          )
17         Defendant.                      )
    _____ )

18         With the agreement of the parties in open court on December 2, 2010, and with the

19  consent of the defendant Hudson Rezende ("defendant"), the Court enters this order (1) setting a

20  hearing on January 13, 2011, at 2:00 p.m., (2) and documenting the exclusion of time under the

21  Speedy Trial Act, 18 U.S.C. § 3161, from December 2, 2010, to January 13, 2011.  The Court

22  finds and holds, as follows:

23         1.      The defendant made his initial appearance before the Court on December 2, 2010.

24  At that hearing, the parties informed the Court that the government had provided the defense

25  with discovery in the case.  Counsel for the defendant needs additional time to review the

26  discovery and to investigate the case.  Continuing the matter until January 13, 2011, will give the

27  defense an opportunity to accomplish this objective.

28         2.      The Court finds that, taking into the account the public interest in the prompt

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0692 VRW

disposition of criminal cases, granting the continuance until January 13, 2011, is necessary for effective preparation of defense counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 2, 2010, to January 13, 2011, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

       3.      Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on January 13, 2011, at 2:00 p.m., and (2) orders that the period from December 2, 2010, to January 13, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED:      December 20, 2010          MELINDA HAAG
                                            United States Attorney


                                          _____/s/_____
                                          KYLE F. WALDINGER
                                          Assistant United States Attorney


DATED:      December 20, 2010          _____/s/_____
                                            BRENDAN CONROY
                                          Attorney for defendant Hudson Rezende

IT IS SO ORDERED.


                                            _____
VA...
Unite...

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0692 VRW                    -2-